Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorney for Plaintiff,
TRAVIS THOMAS

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| TRAVIS THOMAS, | ) | Case No.: |
|---|---|---|
| Plaintiff, | ) ) | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | ) ) | **(Unlawful Debt Collection Practices)** |
| MRS ASSOCIATES, INC., | ) ) | |
| Defendant. | ) ) | |

## **PLAINTIFF'S COMPLAINT**

TRAVIS THOMAS (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against MRS ASSOCIATES, INC. (Defendant):

### **INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### **JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

6. Plaintiff is a natural person residing in Deer Park, Washington.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency with a business office located 2445 W. Dunlap Avenue, Phoenix, Arizona.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

11. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt owed by his sister-in-law, Kourtney Shorts, on a student loan for which he was the co-signer.

12. Defendant constantly and continuously placed collection calls to Plaintiff multiple per day on his work phone after Plaintiff told Defendant not to contact him on his work phone.

13. Defendant contacted Plaintiff telephonically prior to 8:00 a.m., Plaintiff's local time, regarding the alleged debt.

14. Defendant's representative, Tim Allen, repeatedly told Plaintiff that suit was going to be filed against him if he did not pay $75,000.00 immediately.

15. Plaintiff did not make any payments and suit has not been filed against the Plaintiff for the alleged debt.

PLAINTIFF'S COMPLAINT

16. Defendant said it would not speak with the signer of the loan, Kourtney Shorts, because Plaintiff was the "99% owner of the loan" and therefore responsible for full payment.

17. Defendant called Plaintiff from a number that always appeared as "private" on caller identification.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient to the Plaintiff.

    b. Defendant violated *§1692c(a)(3)* of the FDCPA by contacting Plaintiff at his place of employment even though Defendant knew that Plaintiff's employer prohibits the consumer from receiving such communications.

    c. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, abuse, and oppress the Plaintiff.

    d. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    e. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

    f. Defendant violated *§1692e(5)* of the FDCPA by threatening to file a lawsuit against Plaintiff even though Defendant did not intend to do so at the time.

WHEREFORE, Plaintiff, TRAVIS THOMAS, respectfully requests judgment be entered against Defendant, MRS ASSOCIATES, INC., for the following:

19. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

20. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Actual damages,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff, TRAVIS THOMAS, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  February 18, 2010         KROHN & MOSS, LTD.


By: /s/Ryan Lee

Ryan Lee
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF WASHINGTON

Plaintiff, TRAVIS THOMAS, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, TRAVIS THOMAS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 2/12/2010         _____
                        TRAVIS THOMAS