1  Ryan Lee, Esq. (SBN 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4
   Attorneys for Plaintiff, TRAVIS THOMAS
5

6

7

8                  **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF ARIZONA**

10

11
   TRAVIS THOMAS,                    )  **Case No.: 2:10-cv-00351-SRB**
12                                   )
              Plaintiff,             )  **VOLUNTARY DISMISSAL**
13                                   )
         v.                          )
14                                   )
   MRS ASSOCIATES, INC.,             )
15                                   )
              Defendant.             )
16                                   )
                                     )
17 _____    )

18
              **<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**
19
       Plaintiff, TRAVIS THOMAS, by and through his attorneys, KROHN & MOSS, LTD.,
20
   hereby voluntarily dismisses the above-entitled case without prejudice.
21
   Dated: May 4, 2010                          KROHN & MOSS, LTD.
22

23

24                                             By:/s/ Ryan Lee
                                                  Ryan Lee
                                                  Attorneys for Plaintiff
25                                                TRAVIS THOMAS

- 1 -

VOLUNTARY DISMISSAL

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| TRAVIS THOMAS )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MRS ASSOCIATES, INC.. )<br>)<br>)<br>    Defendant. ) | Case No.<br>**2:10-cv-00351-SRB** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing VOLUNTARY DISMISSAL was sent via THE COURT'S ELECTRONIC FILING SYSTEM:

Dated:  May 4, 2010

/s/ Ryan Lee, Esq.
KROHN & MOSS, LTD.
10474 Santa Monica Blvd. Ste. 401
Los Angeles, CA 90025
rlee@consumerlawcenter.com
(323) 988-2400
Attorney for Plaintiff,
TRAVIS THOMAS
