1  Ryan Lee, Esq. (SBN 024846)
   Krohn & Moss, Ltd.
2  10635 Santa Monica Blvd. STE 170
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorney for Plaintiff
   Donna Blake
5

6                    **IN THE UNITED STATES DISTRICT COURT,**
                          **DISTRICT OF ARIZONA**

7  TRAVIS THOMAS,                          )   **Case No.: 10-00351**
                                           )
8              Plaintiff,                   )
                                           )   **NOTICE OF SETTLEMENT**
9       vs.                                 )
                                           )
10  MRS ASSOCIATES INC.                     )
                                           )
11             Defendant.                   )
                                           )
12 ─────────────────────────────────────── )

13       NOW COMES the Plaintiff, TRAVIS THOMAS, by and through the undersigned

14 counsel and hereby informs the court that a settlement of the present matter has been reached and

15 is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

16 next 30 days.

17       Plaintiff therefore requests that this honorable court vacate all dates currently set on

18 calendar for the present matter.

19                              Respectfully Submitted,

20 DATED: June 25, 2010        KROHN & MOSS, LTD.

21

22                              By: /s/ Ryan Lee                              _

23                                  Ryan Lee
                                    Attorney for Plaintiff
24

25

                                      - 1 -

                              Notice of Settlement